| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorneys for Defendant |
| | Felipe Barajas |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:18-cr-00181-DAM-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| | ) DATE:   October 22, 2018 |
| FELIPE BARAJAS, | ) TIME:    10:00 a.m. |
| | ) JUDGE: Hon. Dale A. Drozd |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for October 22, 2018 at 2:00 p.m. before Magistrate Judge McAuliffe may be advanced on the same date, October 22, 2018 at 10:00 a.m. before the Honorable Dale A. Drozd.

The parties have reached a resolution in this case and Mr. Barajas wishes to enter his change of plea at the earliest available opportunity.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: October 11, 2018          By:     /s/ *Laurel J. Montoya*
                                         LAUREL J. MONTOYA
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

|   |   |   |   |
|---|---|---|---|
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |   |
| DATED: October 11, 2018 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>FELIPE BARAJAS |   |

**O R D E R**

IT IS SO ORDERED that the above-entitled case will be set for a status conference / change of plea hearing before the Honorable Dale A. Drozd on October 22, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 11, 2018**

_____
UNITED STATES DISTRICT JUDGE