

**FILED**
DEC 13 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FELIPE BARAJAS,<br><br>　　　　Defendant. | Case №: 1:18-CR-00181-1 DAD<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing Harry Drandell to represent the above defendant in this case effective *nunc pro tunc* to December 12, 2019.

This appointment shall remain in effect until further order of this court.

DATED: 12/13/2019

HON. Erica P. Grosjean
United States Magistrate Judge

ORDER APPOINTING COUNSEL　　　　1