1  PHILLIP A. TALBERT
   Acting United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00003-NONE AND TRAILING 1:18-CR-00181 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| FELIPE BARAJAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on May 19, 2021.

2. By this stipulation, defendant now moves to schedule a change of plea hearing on May 28, 2021, which will take place after the period of excludable time. The parties therefore move to have the change of plea hearing scheduled for May 28, 2021 at 9:30 a.m. before Judge Dale A. Drozd, and to exclude time as to defendant Felipe Barajas through May 28, 2021 for the reasons set forth below.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have entered into a plea agreement. Dkt. 63.

   b) Counsel for defendant desires the status conference date be vacated so that a change of plea hearing can be set in order to facilitate a resolution in this matter.

   c) The government does not object to the continuance.

STIPULATION  1

d) The earliest convenient date for both parties and the Court is May 28, 2021.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 13, 2021          PHILLIP A. TALBERT
Acting United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: May 13, 2021          /s/ HARRY DRANDELL
HARRY DRANDELL
Counsel for Defendant
FELIPE BARAJAS

**FINDINGS AND ORDER**

DATED: 5/14/2021          /s/ Sheila Oberto
MAGISTRATE JUDGE SHEILA K. OBERTO